

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00463-CV

**IN THE INTEREST OF M.K B.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23300
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED September 4, 2019.

_____
Beth Watkins, Justice